EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2018 TSPR 45 |
| Sara E. Saldaña López | 199 DPR ____ |

Número del Caso: TS-10,802


Fecha:    20 de marzo de 2018


Abogado de la peticionaria:

        Por derecho propio


Materia:  Reactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*Ex Parte*

Sara E. Saldaña López                     TS-10,802




RESOLUCIÓN



En San Juan, Puerto Rico, a 20 de marzo de 2018.

Atendida la *Moción solicitando cambio de estatus de abogado* presentada por la Sra. Sara E. Saldaña López el 6 de marzo de 2018, se autoriza su readmisión al ejercicio de la abogacía.

Notifíquese inmediatamente por teléfono, por correo electrónico y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.



Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo